**ATTORNEY GRIEVANCE COMMISSION OF MARYLAND**

\*   IN THE

\*   COURT OF APPEALS

\*   OF MARYLAND

**v.**

\*   **Misc. Docket AG No. 4 September Term, 2019**

\*

**GINIKANWA CHINAEMEREM OKEDI**

\*   **(No. C-03-CV-19-001428, Circuit Court for Baltimore County)**

### O R D E R

Upon consideration of the Joint Petition for Indefinite Suspension by Consent filed by the Attorney Grievance Commission of Maryland and the Respondent, Ginikanwa Chinaemerem Okedi, it is this 16th day of November, 2020

**ORDERED**, by the Court of Appeals of Maryland, that the Respondent, Ginikanwa Chinaemerem Okedi, be indefinitely suspended from the practice of law in the State of Maryland, effective December 16, 2020, for engaging in professional misconduct that violated Rules 1.1, 1.3, 1.4, 1.15, 3.3, 3.4, 5.5, 7.1, 7.5 and 8.4(a), (c) and (d) of the Rules of Professional Conduct; and it is further

**ORDERED**, that on December 16, 2020, the Clerk of this Court shall strike the name of Ginikanwa Chinaemerem Okedi from the register of attorneys in the Court and certify that fact to the Trustees of the Client Protection Fund of the Bar of Maryland and the Clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-761(b); and it is further

**ORDERED**, that the Respondent shall pay $4,044.97 towards the costs associated with this matter and consents to the entry of a judgment in that amount in favor of the Petitioner if these costs are not paid within thirty days of the effective date of the indefinite suspension.

/s/ Robert N. McDonald
Senior Judge

Pursuant to Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Suzanne C. Johnson, Clerk